**Order entered April 2, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00200-CV

### IN RE LE-VEL BRANDS, LLC, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-06772-2018**

## ORDER

Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus as moot. We **LIFT** the Court's February 19, 2019 stay order.

/s/     BILL WHITEHILL
        JUSTICE